JONATHAN R. BASS (State Bar No. 75779)
THOMAS A. HARVEY (State Bar No. 235342)
WILL GRAY (State Bar No. 325657)
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, California  94104-5500
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:      ef-jrb@cpdb.com
            ef-tah@cpdb.com
            ef-wag@cpdb.com

Attorneys for Plaintiffs
DOUBLE VEE PROPERTIES, LLC; CALDERA RANCH, LLC; HUNDRED ACRE LLC; and THE HUNDRED ACRE WINE GROUP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUBLE VEE PROPERTIES, LLC, a Delaware limited liability company; CALDERA RANCH, LLC, a California limited liability company; HUNDRED ACRE LLC, a Nevada limited liability company; and THE HUNDRED ACRE WINE GROUP, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>COUNTY OF NAPA, a political subdivision of the State of California; and BRIAN BORDONA, in his official capacity as Director of Planning, Building and Environmental Services,<br><br>        Defendants. | Case No. 3:23-cv-04546-AGT<br><br>**NOTICE OF APPEARANCE OF THOMAS A. HARVEY** |

**TO THE CLERK AND ALL PARTIES AND COUNSEL OF RECORD:**

      PLEASE TAKE NOTICE that Thomas A. Harvey of the law firm Coblentz Patch Duffy & Bass LLP hereby appears as counsel for Plaintiffs, Double Vee Properties, LLC; Caldera Ranch, LLC; Hundred Acre LLC; and The Hundred Acre Wine Group, Inc.  Copies of all

///

pleadings, papers, notices, and other filings in this action should be henceforth served upon the following, in addition to those attorneys already on record with the Court:

>Thomas A. Harvey
>COBLENTZ PATCH DUFFY & BASS LLP
>One Montgomery Street, Suite 3000
>San Francisco, California  94104
>Telephone:  415.391.4800
>Facsimile:   415.989.1663
>Email:  ef-tah@cpdb.com

DATED: September 6, 2023          COBLENTZ PATCH DUFFY & BASS LLP

By: _____/s/ Thomas A. Harvey_____
THOMAS A. HARVEY
Attorneys for Plaintiffs
DOUBLE VEE PROPERTIES, LLC, CALDERA RANCH, LLC, HUNDRED ACRE LLC and THE HUNDRED ACRE WINE GROUP, INC.