1  SCOTT S. SLATER, Bar No. 117317
   sslater@bhfs.com
2  BRADLEY J. HERREMA, Bar No. 228976
   bherrema@bhfs.com
3  CHRISTOPHER R. GUILLEN, Bar No. 299132
   cguillen@bhfs.com
4  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   2049 Century Park East, Suite 3550
5  Los Angeles, California  90067-3007
   Telephone:    310.500.4600
6  Facsimile:    310.500.4602

7  Attorneys for Plaintiffs
   DOUBLE VEE PROPERTIES, LLC; CALDERA
8  RANCH, LLC; HUNDRED ACRE LLC, and
   THE HUNDRED ACRE WINE GROUP, INC.

9

10            UNITED STATES DISTRICT COURT

11   NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUBLE VEE PROPERTIES, LLC, a Delaware limited liability company; CALDERA RANCH, LLC, a California limited liability company; HUNDRED ACRE LLC, a Nevada limited liability company; and THE HUNDRED ACRE WINE GROUP, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF NAPA, a political subdivision of the State of California; and BRIAN BORDONA, in his official capacity as Director of Planning, Building and Environmental Services, <br><br> Defendants. | Case No. 3:23-cv-04546-AGT <br><br> **STIPULATION EXTENDING TIME TO PROVIDE RULE 26 INITIAL DISCLOSURES** <br><br> Action Filed:    September 5, 2023 <br> Trial Date:      None Set |

*Sidebar (vertical text):* BROWNSTEIN HYATT FARBER SCHRECK, LLP — Attorneys at Law — 2049 Century Park East, Suite 3550 — Los Angeles, CA 90067-3007

27258613.1

1    This Stipulation is entered into by and through their respective undersigned attorneys of

2 record by Plaintiffs DOUBLE VEE PROPERTIES, LLC; CALDERA RANCH, LLC; HUNDRED

3 ACRE LLC, and THE HUNDRED ACRE WINE GROUP, INC. (collectively "Plaintiffs") and

4 Defendants COUNTY OF NAPA and BRIAN BORDONA ("Defendants," and collectively with

5 Plaintiffs, the "Parties") with reference to the following:

6    WHEREAS, on January 9, 2024, the Parties entered into a Stipulation extending the

7 deadline for exchange of Initial Disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1)

8 from January 12, 2024 to February 19, 2024. Dkt No. 26;

9    WHEREAS, that Stipulation was made in order to allow for resolution of Defendants'

10 pending motion to dismiss (Dkt No. 17), which was scheduled for hearing on January 19, 2024;

11    WHEREAS, on January 17, 2024, the Court notified the Parties that the hearing on the

12 motion to dismiss was vacated and would be rescheduled at a later time, if needed. Dkt No. 30;

13    WHEREAS, the Parties continue to believe that it will promote efficient use of resources if

14 the exchange of Initial Disclosures is extended until such time as the Court rules on the motion to

15 dismiss, as such ruling will inform the scope of issues and information subject to disclosure;

16    WHEREAS, the extension provided for herein is not expected to affect the date of any event

17 or deadline already fixed by Court order.

18    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, by

19 and though their respective undersigned attorneys of record, that:

20    1.    Pursuant to Federal Rules of Civil Procedure 26(a)(1)(C), the Parties shall have until

21 30 days after the Court issues a ruling on Defendants' pending motion to dismiss (Dkt No. 17) to

22 provide their Initial Disclosures.

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007

27258613.1

1  Dated: February 8, 2024

2

3  BROWNSTEIN HYATT FARBER
   SCHRECK, LLP

4

5  By: /s/ *Christopher R. Guillen*
       SCOTT S. SLATER
       BRADLEY J. HERREMA
       CHRISTOPHER R. GUILLEN

6  Attorneys for Plaintiffs
   DOUBLE VEE PROPERTIES, LLC;
   CALDERA RANCH, LLC; HUNDRED ACRE
7  LLC, AND THE HUNDRED ACRE WINE
   GROUP, INC.

8

9  Dated: February 8, 2024

   PARIS KINCAID WASIEWSKI, LLP

10

11  By: /s/ *Jonathan R. Marz*
        VALERIE C. KINCAID
        JONATHAN R. MARZ

12

13  Attorneys for Defendants
    NAPA COUNTY and BRIAN BORDONA

14

15

16                    **FILER'S ATTESTATION**

17       Pursuant To Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence

18  in the filing of the foregoing documents has been obtained from all other signatories to this

19  document.

20  Dated: February 8, 2024

    By: /s/ Christopher R. Guillen
    CHRISTOPHER R. GUILLEN

21

22

23

24

25

26

27

28

27258613.1

Case No. 3:23-CV-04546-AGT

STIPULATION EXTENDING TIME TO
PROVIDE RULE 26 INITIAL DISCLOSURES

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Attorneys at Law
2049 Century Park East, Suite 3550
Los Angeles, CA 90067-3007